UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BARRY J KRAMER,

    Plaintiff,

    v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

    Defendant.

Case No. 14-cv-04829-WHO

**CASE MANAGEMENT ORDER**

Re: Dkt. No. 21

    The Joint Case Management Statement filed by the parties on January 27, 2015, sets forth an acceptable schedule for this ERISA matter, with the exception of the hearing / bench trial date. As there are no issues identified in the Statement that require a conference with the Court at this time, the Case Management Conference set for February 3, 2015 is VACATED.  The schedule proposed in the Statement on page 7, and the agreements of counsel regarding completing initial disclosures by February 3, 2015 and mediating the matter on April 9, 2015, are adopted, with the exception that the hearing on cross-motions for summary judgment / bench trial date shall be **September 2, 2015** at 2:00 p.m. in Courtroom 2, 17th floor.

    **IT IS SO ORDERED**.

Dated: January 30, 2015

_____

WILLIAM H. ORRICK
United States District Judge