UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY J. KRAMER,<br><br>        Plaintiff,<br><br>    vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and DOES 1-20, inclusive,<br><br>        Defendants. | Case No. 14-cv-04829-WHO<br><br>**ORDER UPON STIPULATION TO DISMISS THE ENTIRE CASE WITH PREJUDICE** |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 14-cv-04829-WHO, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated: June 17, 2015

_____
Hon. William H. Orrick
United States District Court Judge

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

143976.1

Case No. 14-cv-04829-WHO
[PROPOSED] ORDER UPON STIPULATION
TO DISMISS THE ENTIRE CASE WITH
PREJUDICE